United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 98-1305

_____

Michael L. Colbert,                          *
                                             *
              Appellant,                     *
                                             *
      v.                                     *
                                             *
Kansas City Missouri Water and               *
Pollution Control Department;                *
City of Kansas City, Missouri,               *    Appeal from the United States
Personnel Department; Rita Gabiler,          *    District Court for the
Personnel Department, Water and              *    Western District of Missouri.
Pollution Records Department; Duane          *
Cosby, Water & Pollution Safety              *       [UNPUBLISHED]
Officer; City Councilman Finey;              *
Joyce Hammond-Perry, Diversity               *
Coordinator, Affirmative Action              *
Officer; City of Kansas City, Missouri,      *
                                             *
              Appellees.                      *

_____

Submitted:  May 1, 1998
Filed:  May 4, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
      Circuit Judges.

_____

PER CURIAM.

Michael L. Colbert appeals the district court's[1] adverse grant of summary judgment on his claim under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213. After a careful review of the record and the parties' submissions on appeal, we affirm the judgment of the district court. See 8th Cir. R. 47B. We also deny Colbert's motion for appointment of counsel.

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.